Court of Appeals for the Eighth Circuit denied. *Mr. Walter A. Hill* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Norman J. Morrisson* for the United States.

No. 814. AMERICAN SECURITY COMPANY AND ALBERT PICK AND COMPANY *v.* STEEL'S CONSOLIDATED, INC. February 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Alfred M. Saperston* for petitioners. *Messrs. James C. Sweeney* and *Henry W. Killeen* for respondents.

No. 817. ILLINOIS CENTRAL RAILROAD COMPANY *v.* UNITED STATES. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Edward C. Craig, Charles A. Helsell, W. S. Horton,* and *C. J. Baird* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Farnum* for the United States.

No. 818. McGREW COAL COMPANY *v.* ANDREW W. MELLON, AS FEDERAL AGENT. February 28, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. Edwin A. Krauthoff* for petitioner. *Messrs. E. J. White* and *James F. Green* for respondent.

No. 819. CITY OF SEATTLE *v.* PUGET SOUND POWER AND LIGHT COMPANY. February 28, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas J. L. Kennedy* for petitioner. No appearance for respondent.